UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter J Roman,<br><br>               Plaintiff,<br><br>    -against-<br>Dream Team Hotel Associates LLC, et al.,<br><br>             Defendants. | 26-CV-02071 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This case has been referred to me for General Pretrial purposes on April 1, 2026. A telephonic conference is scheduled for **Thursday, May 28, 2026 at 11:00 AM.** The pro se plaintiff and counsel for defendants should be prepared to discuss the letter motions at ECF 10 and ECF 14. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 591 142 307#.

DATED:  May 26, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge