UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC., ET AL,
Defendants.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Mr. Denner shall, by **July 17, 2026** file a letter on the docket whether the motion to dismiss (ECF 35) is filed on behalf of The Westin New York at Times Square as well as Mr. Denner's other clients.

DATED: July 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**