UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC ET AL,
Defendant.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Thursday, July 30, 2026 at 11:00 AM.** The pro se plaintiff and counsel for defendants should be prepared to discuss Defendants' motion to stay discovery (ECF 34). The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **987 610 474#**.

DATED: July 27, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**