UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC ET AL,
Defendants.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a letter-motion by all Defendants other than the Union Defendants to stay discovery (**ECF 34**) As discussed at the conference on July 30, 2026:

1. The motion to stay discovery (**ECF 34**) is DENIED, without prejudice to a new motion to stay by any party if the Union Defendants file their anticipated motion for judgment on the pleadings. I expect to issue a proposed case management plan in a separate order, any party may file a letter on the docket within seven days of that order, commenting on the proposed case management plan.
2. The Union Defendants' anticipated motion for judgment on the pleadings shall be due by **August 14, 2026**; Plaintiff's opposition shall be due by **September 30, 2026**, and the Union Defendants' reply in further support of their motion shall be due by **October 16, 2026.**

The Clerk of Court is respectfully requested to terminate **ECF 34**.

DATED: July 30, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**