UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC ET AL,
Defendants.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The case management deadlines are provisionally set as follows:

1. The parties' Rule 26 disclosures shall be exchanged by **September 1, 2026.**
2. Any motion for leave to amend or join additional parties shall be filed by **September 22, 2026.**
3. All fact discovery shall be completed by **May 3, 2027**.
4. Initial requests for production of documents shall be served by **October 1, 2026**.
5. Interrogatories under Rule 33 shall be served by **October 1, 2026.**
6. Requests for admission under Rule 36 shall be served not later than **February 15, 2027.**
7. All expert discovery shall be complete by **July 1, 2027**.

Any party may file a letter on the docket by **August 11, 2026** noting any objections to this proposed schedule.

DATED: August 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**