**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PETER J. ROMAN,

Plaintiff,

vs.

DREAM TEAM HOTEL ASSOCIATES, LLC, ET AL,

Defendants.

Case No. 1:26-cv-02071-VSB-RFT

ORDER

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The case management deadlines are provisionally set as follows:

1. The parties' Rule 26 disclosures shall be exchanged by September 1, 2026.
2. Any motion for leave to amend or join additional parties shall be filed by September 22, 2026.
3. All fact discovery shall be completed by May 3, 2027.
4. Initial requests for production of documents shall be served by October 1, 2026.
5. Interrogatories under Rule 33 shall be served by October 1, 2026.
6. Requests for admission under Rule 36 shall be served not later than February 15, 2027.
7. All expert discovery shall be complete by July 1, 2027.
8. Notwithstanding the other provisions stated herein, no discovery may be taken of Defendants Dream Team Hotel Associates, LLC, Tishman Hotel Corporation, Starwood Hotels & Resorts World Wide LLC, Marriott International, Inc., the Westin Times Square, Mike Woldkowski, Miriam Ruiz, Jorge Chico and George Sanchez (the "Hotel Defendants") until there is a decision on the Hotel Defendants'

motion to dismiss Plaintiff's Complaint [**ECF No.35**]. The Hotel Defendants may not take discovery of Plaintiff except to the extent that it is discovery that is already being taken by the Defendant Hotel Trades Counsel, AFL-CIO (the "Union"). If the Union asks for discovery of Plaintiff, the Hotel Defendants shall be served with a copy. If the Union takes a deposition, the Hotel Defendants shall be permitted to attend and cross-examine. If Plaintiff takes a deposition, then the Hotel Defendants shall be permitted to attend and cross-examine.

Dated: August 10, 2026
New York, NY

SO ORDERED:

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**