UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC ET AL,
Defendants.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's opposition to the Union's motion for a stay of discovery is due on **September 30, 2026**, which is also the deadline for his opposition to the Union's motion for judgment on the pleadings. Plaintiff's motion for judicial notice of filings in another case (ECF 59) is DENIED as moot, since Plaintiff may request that the Court take judicial notice of such filings without making a motion in connection with his opposition to Hotel Defendants' motion to dismiss and/or the Union's motion for judgment on the pleadings.

The Clerk of Court is respectfully requested to terminate ECF 59.

DATED: August 31, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**