UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC et al.,
Defendants.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to compel discovery (ECF 62). As discussed at the status conference held on September 11, 2026, Plaintiff withdraws the motion as moot. The parties shall confer over the terms of an appropriate confidentiality agreement to be submitted to the Court to be so ordered.

The Clerk of Court is respectfully requested to terminate ECF 62.

DATED: September 11, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**