UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC ET AL,
Defendants.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to compel (ECF 66). Plaintiff's application for production of documents reflecting Hotel Defendants' self-insurance is denied without prejudice to renewal when and if the limitations on discovery of Hotel Defendants are lifted.

The Clerk of Court is respectfully requested to terminate ECF 66.

DATED: September 15, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**