UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC ET AL,
Defendant.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The pro se Plaintiff in this case filed an amended complaint that tries to supplement and not replace the original complaint, without an attached comparison to the original complaint, and without a motion seeking leave to amend. (ECF 70.) As discussed at the conference held on October 2, 2026:

1. Plaintiff's time to move to amend the original complaint is extended retroactively from September 22, 2026 until **October 30, 2026**. In support of any motion to amend, he shall, by **October 30, 2026** file (a) a motion explaining why he should be allowed to amend the complaint; (b) a proposed amended complaint that is a short and plain statement of all his claims against all Defendants, without many long attachments; and (c) a comparison of the proposed amended complaint with the original complaint. To be clear, if the motion to amend is granted, the AMENDED COMPLAINT WILL REPLACE AND NOT SUPPLEMENT THE ORIGINAL COMPLAINT. Therefore, any claims and Defendants Plaintiff wishes to sue, along with his supporting allegations, must be included in the proposed amended complaint. Otherwise, if the motion to amend is granted, any

claims, Defendants, or allegations that are not included in the amended complaint will not be a part of this case.

2. In light of Plaintiff's intent to move to amend the complaint, the Hotel Defendants' motion to dismiss the complaint (ECF 35) and the Union Defendant's motion for judgment on the pleadings (ECF 57) are deemed withdrawn, without prejudice to refiling after a decision on the anticipated motion to amend.
3. In light of Plaintiff's intention to move to amend the complaint, his improperly filed amended complaint (ECF 70) is stricken from the docket.
4. In light of the fact that the scope of the complaint is currently uncertain, the letter-motion to stay discovery (ECF 58) is GRANTED, and all discovery in this matter is stayed. It would be highly inefficient for the parties to pursue discovery while the scope of appropriate discovery is so uncertain. This decision is without prejudice to Plaintiff requesting to lift the discovery stay after the Court issues an order deciding his motion to amend.
5. Defendants' oppositions, if any, to the anticipated motion to amend the complaint shall be filed by **November 13, 2026**, and Plaintiff's reply in further support of his anticipated motion to amend shall be due by **December 11, 2026**.

The Clerk of Court is respectfully requested to terminate **ECF 35, 57, and 58**. The Clerk of Court is also respectfully requested to strike **ECF 70**.

DATED: October 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**