UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J ROMAN,
Plaintiff,

-against-

DREAM TEAM HOTEL ASSOCIATES LLC ET AL,
Defendant.

26-CV-2071 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 18, 2026, Plaintiff filed a letter (ECF 80) purporting to contain: (1) Plaintiff's reply in support of his motion for leave to file an amended complaint (the "Reply"), (2) Plaintiff's declaration in support of the Reply (the "Declaration"), (3) 16 exhibits in support of the Reply, and (4) a certificate of service. Upon review of the filing, the Court only sees the 16 exhibits in support of the Reply, but not the Reply, the Declaration, or the certificate of service.

Plaintiff shall have until **December 11, 2026** to file the remaining documents.

DATED: November 18, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**